Tyrone HURT, Plaintiff—Appellant,

and

The American People and American Citizens Within This Nation, Plaintiff,

v.

The State of NORTH CAROLINA; Chief of Police, and all law enforcement, Defendants–Appellees.

No. 15–1997.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2015.

Decided: Dec. 31, 2015.

Tyrone Hurt, Appellant Pro Se.

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurt v. North Carolina,* No. 5:15–cv–00194–BO (E.D.N.C. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*